UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

LESLIE AYERS,

       Plaintiff,                              Case No.4:05-cv-137

v.                                                     Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
                                             /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 24, 2007, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further factual findings for the reason stated in the Report and Recommendation.


Dated in Kalamazoo, MI:                        /s/Richard Alan Enslen
February 27, 2007                                Richard Alan Enslen
                                                     Senior United States District Judge